1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney

2

3  BRIAN J. STRETCH, (CABN 163973)
   Chief, Criminal Division

4  MAUREEN BESSETTE (00796879)
   Assistant United States Attorney

5
      1301 Clay Street, Suite 340-S
6     Oakland, CA 94612
      Telephone: (510) 637-3680
7     FAX: (510) 637-3724

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10                NORTHERN DISTRICT OF CALIFORNIA
                        OAKLAND DIVISION
11

12  UNITED STATES OF AMERICA        )      No. CR-07-00710 WDB
                                    )
13       v.                         )
                                    )
14  LINDSEY C. COLBERT,             )   SUBSTITUTION OF ATTORNEY
                                    )
15                                  )
         Defendant.                 )
16  _____ )

17      Please take notice that as of December 1, 2007, the Assistant U.S. Attorney whose

18  name, address, telephone number and email address is listed below was assigned to be

19  counsel for the government.

20

21              Assistant U.S. Attorney Maureen Bessette
                    1301 Clay Street, Suite 340S
22                      Oakland, CA 94612
                     Telephone: (510) 637-3691
23                  Maureen Bessette@usdoj.gov

24

25  DATED: December 19, 2007        Respectfully submitted,

26                                  SCOTT N. SCHOOLS
                                    United States Attorney

27
                                         /s/
28                                  _____
                                    MAUREEN BESSETTE
                                    Assistant United States Attorney