SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MAUREEN C. BESSETTE (NYSBN 2468254)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, CA, 94612
  Telephone: (510) 637-3691
  Telefax:    (510) 637-3724
  E-Mail: maureen.bessette@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>           Plaintiff,                         )<br>                                                         )<br>      v.                                              )<br>                                                         )<br>DARIENNE COLBERT,              )<br>                                                         )<br>          Defendant.                     )<br>                                                         )<br>_____) | CR No. 07-00710 WDB<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS DATE AND<br>EXCLUSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case, currently set for Thursday, December 20, 2007, at 10:00 a.m. before Magistrate Wayne D. Brazil may be continued to Wednesday, January 9, 2008, at 10:00 a.m. for status or change of plea. A continuance to January 9, 2008, at 10:00 a.m. will allow defense counsel additional time to review the discovery with Ms. Colbert and complete any additional investigation prior to the next court hearing.

    In addition, defense counsel will be unavailable between December 28, 2007, and January 4, 2008. The parties therefore stipulate that the time from December 20, 2007 to January 9, 2008, should be  excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

Stipulation and Order                                                1

1  3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel.

DATED: 12/12/07                              /S/
                                                     MAUREEN BESSETTE
                                                     Assistant United States Attorney

DATED: 12/18/07                              /S/
                                                     JOHN PAUL REICHMUTH
                                                     Assistant Federal Public Defender

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for Thursday, December 20, 2007, at 10:00 a.m. shall be continued to Wednesday, January 9, 2007, at 10:00 a.m. for status or change of plea.

IT IS FURTHER ORDERED that the time from December 20, 2007, to January 9, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 (h)(8)(A) and (B)(iv) for adequate preparation of counsel and continuity of counsel. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:   December 19, 2007                    _____
                                                                     HON. WAYNE D. BRAZIL
                                                                     United States Magistrate Judge

Stipulation and Order                            2