Case 4:07-cr-00710-WDB   Document 7   Filed 01/09/2008   Page 1 of 1

DOCUMENTS UNDER SEAL ☐   TOTAL TIME (mins): 1 Mins

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Ivy L. Garcia | REPORTER/FTR FTR: 10:26:13-10:27:13 | | |
|---|---|---|---|---|
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 1/9/08 | NEW CASE ☐ | CASE NUMBER CR-07-00710-WDB | |

### APPEARANCES

| DEFENDANT DARIENNE COLBERT | AGE | CUST No | P/NP P | ATTORNEY FOR DEFENDANT John Paul Reichmuth | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Chan Grewal | INTERPRETER None | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Victoria Gibson | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ | | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS 1 Min HELD |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | |

**FILED JAN 9 – 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 1/16/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☒ STATUS RE: CONSENT | ☒ FURTHER STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. WAYNE D. BRAZIL | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY THE DEFT. RE: SPEEDY TRIAL ACT DEADLINE BET. NOW & UNTIL 1/16/08 FOR EFFECTIVE PREP. OF COUNSEL | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

There were a lot of discussions between the parties as to the direction of this case. The deft's atty. asked the Court for 1 week continuance - without objections from the deft. and the govt's atty., request GRANTED. The deft's atty. said that at the next hrg., the parties will be able to tell the Court if this case will go to trial or will be resolved.

cc: WDB's Stats                                                              DOCUMENT NUMBER: