```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    MAUREEN C. BESSETTE (NYSBN 2468254)
 3  Assistant United States Attorney

 4     1301 Clay Street, Suite 340S
       Oakland, CA 94612
 5     Telephone: (510) 637-3691
       Facsimile: (510) 637-3724
 6     E-mail: maureen.bessette@usdoj.gov

 7  Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0710 WDB |
| | ) | |
| Plaintiff, | ) | MOTION AND [PROPOSED] ORDER TO |
| | ) | DISMISS INFORMATION WITH |
| v. | ) | PREJUDICE |
| | ) | |
| DARIENNE COLBERT, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Northern District of California hereby dismisses the captioned Information against the defendant, Darienne Colbert, with prejudice.

DATED: February 24, 2010                    Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney


                                            _____/s/_____
                                            MAUREEN C. BESSETTE
                                            Assistant United States Attorney

DISMISSAL OF COMPLAINT
CR 07-0710 WDB

1 | Leave of the Court is granted to file the foregoing dismissal with prejudice.

2 | DATED: February 25, 2010

3 | _____
LAUREL BEELER
United States Magistrate Judge

DISMISSAL OF COMPLAINT
CR 07-0710 WDB